**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **TIMOTHY GRADY BEACH,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:16-cv-01160** |
| | ) | **Judge Aleta A. Trauger** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER

Before the court is Timothy Beach's Motion to Vacate, Set Aside, or Correct Sentence in Accordance with 28 U.S.C. § 2255 (Doc. No. 1), seeking to vacate the sentence entered upon his 2008 criminal conviction in *United States v. Beach*, No. 3:07-cr-00029 (M.D. Tenn. April 9 2008).

For the reasons explained in the accompanying Memorandum, the court finds that Beach is not entitled to relief. The motion is **DENIED,** and this matter is **DISMISSED**.

The court **DENIES** a certificate of appealability, but the movant may seek a certificate of appealability directly from the Sixth Circuit Court of Appeals. Fed. R. App. P. 22(b)(1).

It is so **ORDERED**.

This is the final Order in this case. The Clerk shall enter judgment. Fed. R. Civ. P. 58.

_____
ALETA A. TRAUGER
United States District Judge